**UNITED STATES of America,
Appellee,**

v.

**Walter E. HICKS, Appellant.**

**No. 02–1091.**

United States Court of Appeals,
Eighth Circuit.

Submitted June 20, 2002.

Filed July 15, 2002.

Before MORRIS SHEPPARD ARNOLD, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Walter E. Hicks pleaded guilty to one count of being a felon in possession of a firearm, in violation of 18 U.S.C.

§ 922(g)(1). After he withdrew his objections to the presentence report, he was subject to a Guidelines imprisonment range of 77–96 months. The district court[1] sentenced him to 80 months imprisonment and 3 years supervised release.

On appeal, Hicks's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing the district court should not have assessed criminal history points for sentences imposed without representation by counsel or for sentences of less than 30 days incarceration. We decline to reverse the sentence on these grounds because Hicks waived any objection to his sentence when he withdrew all objections to the presentence investigation report. *See United States v. Mora–Higuera*, 269 F.3d 905, 913 (8th Cir. 2001).

Having found no nonfrivolous issues in our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.